GARY M. RESTAINO
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant U.S. Attorney
Colorado State No. 38157
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Matthew.Cassell@usdoj.gov
Attorneys for Plaintiff

FILED

2024 APR 17  PM 4:31

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR24-01979 TUC-SHR(AMM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Nikolas Robert Molina,

Defendant.

**INDICTMENT**

Violation:
18 U.S.C. §§ 922(a)(6) and 924(a)(2)
Making False Statements in Connection
With Acquisition of Firearms
Counts 1-9

18 U.S.C. §§ 922(a)(1)(A) and
924(a)(1)(D)
Engaging in the Business of Dealing
Firearms without a License
Count 10

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)
Forfeiture Allegation

**THE GRAND JURY CHARGES:**

**COUNTS 1-9**

On or about the dates listed below, in the District of Arizona, NIKOLAS ROBERT

MOLINA knowingly made false statements and representations in connection with the

acquisition of firearms to the businesses listed below, which were intended and likely to

deceive the businesses as to a fact material to the lawfulness of the sale of firearms by the

business, each of which was licensed under the provisions of Chapter 44 of Title 18, United

States Code, with respect to information required by the provisions of Chapter 44 of Title

18, United States Code, to be kept in the records of each listed business, in that NIKOLAS

1  ROBERT MOLINA stated that he was the actual transferee/buyer of the firearms, whereas

2  in truth and fact, he was knowingly acquiring the firearms on behalf of another individual:

3

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 1 | 9/3/2022 | SNG Tactical, Tucson, AZ | One (1) Radom Sporter 7.62 x 39 mm semi-automatic rifle with serial number PAC1172246 |
| 2 | 9/3/2022 | Turner's Outdoorsman, Tucson, AZ | One (1) Palmetto State Armory PSAK47 7.62 x 39 mm semi-automatic rifle with serial number AK007612 |
| 3 | 9/3/2022 | Sportsman's Warehouse, Tucson, AZ | One (1) Century Arms VSKA 7.62 x 39 mm semi-automatic rifle with serial number SV7124371 |
| 4 | 10/1/2022 | Ammo-AZ, Phoenix, AZ | One (1) Pioneer Arms Sporter 7.62 x 39 mm semi-automatic rifle with serial number PAC1174875 |
| 5 | 10/1/2022 | EJ's Guns, Prescott, AZ | One (1) Riley Defense RAK47 7.62 x 39 mm semi-automatic rifle with serial number B49605 |
| 6 | 10/8/2022 | Shoot Em Up, Glendale, AZ | Two (2) Century Arms VSKA 7.62 x 39 mm semi-automatic rifles with serial numbers SV7124537 and SV7122776 |
| 7 | 10/22/2022 | Equestrian Trading Post, Tucson, AZ | Two (2) Palmetto State Armory AK47 7.62 x 39 mm semi-automatic rifles with serial numbers AKB080381 and AKB079257 |
| 8 | 11/17/2022 | Roe Armory, Glendale, AZ | Two (2) Century Arms BFT 47 7.62 x 39 mm semi-automatic rifles with serial numbers BFT47016350 and BFT47016373 |
| 9 | 11/17/2022 | Arizona State Armory, Peoria, AZ | One (1) Pioneer Arms Hellpup 7.62 x 39 mm semi-automatic pistol with serial number PAC118474922 |

23  In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

24  ## COUNT 10

25  Between on or about September 3, 2022, and on or about November 17, 2022, in

26  the District of Arizona, NIKOLAS ROBERT MOLINA, not being a licensed dealer of

27  firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully

28

engage in the business of dealing firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## FORFEITURE ALLEGATION

Upon conviction of Counts One through Ten of the Indictment, NIKOLAS ROBERT MOLINA, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to:

| Firearms | Serial Number |
| --- | --- |
| Radom Sporter 7.62 x 39mm semi-automatic rifle | PAC1172246 |
| Palmetto State Armory PSAK47 7.62x39mm semi-automatic rifle | AK007612 |
| Century Arms VSKA 7.62x39mm semi-automatic rifle | SV7124371 |
| Pioneer Arms Sporter 7.62x39mm semi-automatic rifle | PAC1174875 |
| Riley Defense RAK47 7.62x39mm semi-automatic rifle | B49605 |
| Century Arms VSKA 7.62x39mm semi-automatic rifle | SV7124537 |
| Century Arms VSKA 7.62x39mm semi-automatic rifle | SV7122776 |
| Palmetto State Armory AK47 7.62x39mm semi-automatic rifle | AKB080381 |
| Palmetto State Armory AK47 7.62x39mm semi-automatic rifle | AKB079257 |
| Century Arms BFT 47 7.62x39mm semi-automatic rifle | BFT47016350 |
| Century Arms BFT 47 7.62x39mm semi-automatic rifle | BFT47016373 |
| Pioneer Arms Hellpup 7.62 x 39 mm semi-automatic pistol | PAC118474922 |

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: April 17, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/

MATTHEW C. CASSELL
Assistant U.S. Attorney

*United States of America v. Nikolas Robert Molina*
*Indictment Page 4 of 4*